UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANWAR J. ARMSTRONG, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| NAVIENT SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NAVIENT SOLUTIONS, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Navient Solutions, Inc. ("Navient") hereby removes the subject action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, on the following grounds:

1.     Plaintiffs Anwar J. Armstrong and Ann Holiday ("Plaintiffs") served Navient on October 17, 2016 with a Summons, Complaint, and Initial Order and Addendum that had been filed in the Superior Court for the District of Columbia.   Copies of the Summons, Complaint, Civil Division Information Sheet, and Initial Order and Addendum are attached hereto as Exhibit A, Exhibit B, Exhibit C, and Exhibit D, respectively, in accordance with 28 U.S.C. § 1446.  No other process, pleadings or orders have been served on Navient.

2.     Pursuant to 28 U.S.C. §1446(b)(1), this Notice of Removal is timely filed on November 4, 2016, within thirty (30) days of service of the Summons and Complaint on October 17, 2016.

4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030
TEL 703.273.8898  FAX 703.273.8897

Cameron McEvoy
PLLC

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1332(a), as there is complete diversity between the parties and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

4. As alleged in their Complaint, Plaintiffs are both domiciled in the District of Columbia, both at the time of the filing their Complaint and as of the date of the filing of this Notice. *See* Ex. B at ¶ 3. Thus, Plaintiffs are citizens of the District of Columbia for purposes of diversity jurisdiction.

5. Navient is and was a Delaware corporation with its principal place of business in Virginia at all times relevant to both the filing of the Complaint and the filing of this Notice of Removal.  Thus, Defendant is a citizen of Delaware and Virginia for the purposes of diversity of jurisdiction. 28 U.S.C. § 1332(c)(1).

6. Accordingly, complete diversity of citizenship exists between Plaintiffs and Defendant in this Action and so existed at all times relevant to the filing of the Complaint, the service of the Summons, and the filing of this Notice of Removal.

7. The amount demanded in the initial pleading, Four Hundred Fifty Thousand Dollars ($450,000.00), is the amount in controversy pursuant to 28 U.S.C. § 1332(c)(2).

8. As Navient is not a citizen of the District of Columbia, the exception covered under 28 U.S.C. §1441(b)(2) does not apply.

9. Pursuant to 28 U.S.C. § 1441, *et seq*., this cause may be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

10. Notice of this removal will be promptly filed with the Superior Court of the

4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030

TEL 703.273.8898   FAX 703.273.8897

CAMERON | McEVOY
P.L.L.C.

District of Columbia pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Navient Solutions, Inc., by counsel, hereby removes the subject action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Dated:  November 4, 2016                    Respectfully Submitted,


                                            NAVIENT SOLUTIONS, INC.
                                            By Counsel


                                            /s/ Sean Patrick Roche_____
                                            Sean Patrick Roche, Esq.
                                            (D.C. Bar No. 498623)
                                            Timothy J. McEvoy, Esq.
                                            (*to be admitted pro hac vice*)
                                            CAMERON/MCEVOY PLLC
                                            4100 Monument Corner Drive, Suite 420
                                            Fairfax, Virginia 22030
                                            (703) 273-8898 (telephone)
                                            (703) 273-8897 (facsimile)
                                            sroche@cameronmcevoy.com
                                            tmcevoy@cameronmcevoy.com
                                            *Counsel for Defendant Navient Solutions, Inc.*

3

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2016, I filed the foregoing using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing system to:

Tyler Jay King, Esquire
(D.C. Bar No. 979592)
Franklin Square Law Group
1225 Eye Street, NW, Suite C-110
Washington, DC 20005
202-595-1366
202-478-0964
tyler@lawgroupfs.com
*Counsel for Plaintiffs*
*Anwar J. Armstrong and Ann Holiday*

/s/ Sean Patrick Roche
Sean Patrick Roche, Esquire (D.C. Bar No. 498623)
*Counsel for Defendant*

4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030

TEL 703.273.8898   FAX 703.273.8897

Cameron McEvoy PLLC

4