UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANWAR J. ARMSTRONG, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NAVIENT SOLUTIONS, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:16-cv-2212 |

**NOTICE OF NAME CHANGE AND SUPPLEMENTAL DISCLOSURE STATEMENT
OF CORPORATE INTEREST**

PLEASE TAKE NOTICE THAT, in connection with an internal corporate reorganization, Defendant Navient Solutions, Inc. has converted to a Delaware limited liability company and has changed its name from "Navient Solutions, Inc." to "Navient Solutions, LLC," effective as of January 31, 2017.

Defendant Navient Solutions, LLC, f/k/a Navient Solutions, Inc., pursuant to Rules 7.1(a) and 7.1(b) of the Federal Rules of Civil Procedure and the Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, hereby submits its Supplemental Disclosure Statement of Corporate Interest and states as follows:

I, the undersigned, counsel of record for Navient Solutions, LLC, f/k/a Navient Solutions, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Navient Solutions, LLC, f/k/a Navient Solutions, Inc. which have any outstanding securities in the hands of the public.

Navient Corporation, a publicly traded corporation, indirectly owns 10% or more of Navient Solutions, LLC's membership interests.

These representations are made in order that judges of this Court may determine the need for recusal.

| | |
|---|---|
| February 9, 2017 | Respectfully Submitted,<br><br>NAVIENT SOLUTIONS, INC.<br>By Counsel<br><br>/s/ Sean Patrick Roche_____<br>Sean Patrick Roche, Esq.<br>(D.C. Bar No. 498623)<br>Timothy J. McEvoy, Esq.<br>(*to be admitted pro hac vice*)<br>CAMERON/MCEVOY PLLC<br>4100 Monument Corner Drive, Suite 420<br>Fairfax, Virginia 22030<br>(703) 273-8898 (telephone)<br>(703) 273-8897 (facsimile)<br>sroche@cameronmcevoy.com<br>tmcevoy@cameronmcevoy.com<br>*Counsel for Defendant Navient Solutions, Inc.* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 9th day of February, 2017, I filed the foregoing using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing system to all counsel of record. The following was also served by First Class United States mail upon the following:

Tyler Jay King, Esquire
(D.C. Bar No. 979592)
Franklin Square Law Group
1225 Eye Street, NW, Suite C-110
Washington, DC 20005
202-595-1366
202-478-0964
tyler@lawgroupfs.com
*Counsel for Plaintiffs*
*Anwar J. Armstrong and Ann Holiday*

                                              /s/ Sean Patrick Roche
                                              Sean Patrick Roche, Esquire (D.C. Bar No. 498623)
                                              *Counsel for Defendant*

Cameron McEvoy PLLC
4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030
TEL 703.273.8898   FAX 703.273.8897