# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898
27-0198208

Statement as of November 30, 2016
Statement No. 10133


Navient
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday


| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/1/2016 | CMM | Review file and prepare for answer in consultation with SPR and TJM. Research removal and answer timing issues. | 5.3000 | 210.00 | 1,113.00 |
| 11/1/2016 | TJM | Review Complaint and discuss DC requirements with Roche. | 0.4000 | 220.00 | 88.00 |
| 11/1/2016 | SPR | Review removal statute and related law; confer with CMM and TJM on options and strategy. | 1.0000 | 295.00 | 295.00 |
| 11/2/2016 | TJM | Review Complaint again, map out theories of defense, review preemption issues; review DC authorities. | 2.5000 | 220.00 | 550.00 |
| 11/3/2016 | KLB | Prepare draft Notice of Removal for DC Superior Court, Notice of Removal for U.S. District Court of DC and exhibits, and Civil Cover Sheet. | 1.1000 | 150.00 | 165.00 |
| 11/3/2016 | TJM | Review and edit removal papers. | 0.6000 | 220.00 | 132.00 |
| 11/4/2016 | SPR | Review pleadings before filing. | 1.0000 | 295.00 | 295.00 |
| 11/7/2016 | TJM | Address removal issues raised by D.C. Superior Court clerk and fix same. | 0.8000 | 220.00 | 176.00 |
| 11/8/2016 | KLB | Prepare Disclosure Statement. | 0.3000 | 150.00 | 45.00 |
| 11/12/2016 | TJM | Review complaint and prepare research for motion to dismiss. | 4.1000 | 220.00 | 902.00 |
| 11/13/2016 | TJM | Draft motion to dismiss memorandum. | 5.8000 | 220.00 | 1,276.00 |
| 11/14/2016 | CMM | Review motion to dismiss. | 2.0000 | 210.00 | 420.00 |
| 11/14/2016 | TJM | Finalize motion to dismiss memorandum and motion to dismiss. | 2.2000 | 220.00 | 484.00 |
| 11/14/2016 | TJM | Cite check cases, review edits by R. Tanenbaum and Chaing, finalize brief. | 1.5000 | 220.00 | 330.00 |
| 11/14/2016 | SPR | Review and revise filings; and file documents with federal court. | 2.5000 | 295.00 | 737.50 |

EXHIBIT

B

**Cameron McEvoy, PLLC**                                                                      Page:  2

| 11/28/2016 | SPR | Conference with co-counsel re: briefing deadline; review local rules; and negotiate deadline with opposing counsel. | 1.0000 | 295.00 | 295.00 |
|---|---|---|---|---|---|

Sub-total Fees:   7,303.50

### Rate  Summary

| Karrie L. Barbaro | 1.4000 hours at $ 150.00/hr | 210.00 |
|---|---|---|
| Catherine M. Marks | 7.3000 hours at $ 210.00/hr | 1,533.00 |
| Timothy J. McEvoy | 17.9000 hours at $ 220.00/hr | 3,938.00 |
| Sean Patrick Roche | 5.5000 hours at $ 295.00/hr | 1,622.50 |
| Total hours: | 32.1000 | |

**Expenses**

| | | Units | Price | Amount |
|---|---|---|---|---|
| 11/4/2016 | Online filing fees ($400; $16.45). | 1.0000 | 416.4500 | 416.45 |
| 11/30/2016 | Westlaw charge. | 1.0000 | 135.3900 | 135.39 |

Sub-total Expenses:   551.84

Total Current Billing:   7,855.34
Previous Balance Due:   0.00
Total Payments:   0.00

**Total Now Due:**   **7,855.34**

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898
27-0198208

Statement as of December 31, 2016
Statement No. 10234

Navient
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2016 | SPR | Negotiate with opposing counsel; and confer with co-counsel. | 0.8000 | 295.00 | 236.00 |
| 12/20/2016 | TJM | Review Opposition to Motion to Dismiss and begin researching points made therein. | 2.3000 | 220.00 | 506.00 |
| 12/21/2016 | CMM | Research for reply brief in support of Motion to Dismiss. | 1.0000 | 210.00 | 210.00 |
| 12/21/2016 | TJM | Additional research in support of preemption and FCRA arguments. | 1.8000 | 220.00 | 396.00 |
| 12/22/2016 | KLB | Prepare Consent Motion for Extension of Time to File Reply and proposed Order; finalize and e-file; email to clients. | 0.9000 | 150.00 | 135.00 |
| 12/22/2016 | CMM | Research for reply in support of motion to dismiss. | 1.0000 | 210.00 | 210.00 |
| 12/22/2016 | TJM | Work on Reply to Opposition to Motion to Dismiss Complaint; communicate with client and seek continuance with client consent. | 6.1000 | 220.00 | 1,342.00 |
| 12/23/2016 | KLB | Prepare draft Motion and Memorandum in Support of Motion to Appear Pro Hac Vice for Timothy McEvoy; prepare draft Declaration of Timothy McEvoy. | 1.0000 | 150.00 | 150.00 |
| 12/28/2016 | TJM | Review pleadings, Opposition to Motion to Dismiss Complaint and case law and continue drafting Reply in Support of Motion to Dismiss Complaint. | 4.2000 | 220.00 | 924.00 |
| 12/29/2016 | CMM | Research statute for which claims consumers can bring. | 0.3000 | 210.00 | 63.00 |
| 12/29/2016 | CMM | Review, research, edit, and add support for reply brief. | 1.0000 | 210.00 | 210.00 |
| 12/29/2016 | TJM | Continue work on and finalize Reply to support motion to dismiss Complaint. | 4.7000 | 220.00 | 1,034.00 |
| 12/30/2016 | KLB | Finalize Motion and Memorandum of Pro | 0.4000 | 150.00 | 60.00 |

**Cameron McEvoy, PLLC**                                                                                      Page:  2

|            |     | Hac Vice admission of TJM.                                                             |        |        |          |
|------------|-----|---------------------------------------------------------------------------------------|--------|--------|----------|
| 12/30/2016 | CMM | Add cites and edits to reply draft. Assist with filing.                               | 2.3000 | 210.00 | 483.00   |
| 12/30/2016 | TJM | Facilitate filing of complaint after reviewing and accepting changes made by Chaing and Tanenbaum. | 1.2000 | 220.00 | 264.00   |
| 12/30/2016 | SPR | Review and revise pleading before filing.                                             | 0.5000 | 295.00 | 147.50   |

Sub-total Fees: 6,370.50

### Rate Summary

| Karrie L. Barbaro   | 2.3000 hours at $  | 150.00/hr | 345.00   |
|---------------------|--------------------|-----------|----------|
| Catherine M. Marks  | 5.6000 hours at $  | 210.00/hr | 1,176.00 |
| Timothy J. McEvoy   | 20.3000 hours at $ | 220.00/hr | 4,466.00 |
| Sean Patrick Roche  | 1.3000 hours at $  | 295.00/hr | 383.50   |

Total hours:     29.5000

| Total Current Billing: | 6,370.50  |
|------------------------|-----------|
| Previous Balance Due:  | 7,855.34  |
| Total Payments:        | 0.00      |
| **Total Now Due:**     | 14,225.84 |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898

Statement as of January 31, 2017
Statement No. 10350

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday

| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/3/2017 | KLB | Finalize and efile Motion and Memorandum for Appearance Pro Hac vice for TJM; email to client. | 0.4000 | 150.00 | 60.00 |
| | | Sub-total Fees: | | | 60.00 |

### Rate Summary

| | | | Amount |
|---|---|---|---|
| Karrie L. Barbaro | 0.4000 hours at $ | 150.00/hr | 60.00 |
| Total hours: | 0.4000 | | |

| Expenses | | Units | Price | Amount |
|---|---|---|---|---|
| 1/3/2017 | Online filing fee. | 1.0000 | 100.0000 | 100.00 |
| | Sub-total Expenses: | | | 100.00 |

| Payments | | | |
|---|---|---|---|
| 1/30/2017 | Write-off | Write-off per Client Adjustments | 1,404.20 |
| 1/30/2017 | Payment | Deposit - AmEx #027M8162 | 12,821.64 |
| | | Sub-total Payments: | 14,225.84 |

| | |
|---|---|
| Total Current Billing: | 160.00 |
| Previous Balance Due: | 14,225.84 |
| Total Payments: | 14,225.84 |
| **Total Now Due:** | **160.00** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898


Statement as of February 28, 2017
Statement No. 10467


Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday


| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/2/2017 | CMM | Draft new disclosure statement for client's new corporate name. | 0.6000 | 210.00 | 126.00 |
| 2/8/2017 | KLB | Revise Supplemental Disclosure Statement. | 0.1000 | 150.00 | 15.00 |
| 2/9/2017 | TJM | Review corporate name change filing. | 0.1000 | 220.00 | 22.00 |
| | | | | Sub-total Fees: | 163.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Karrie L. Barbaro | 0.1000 hours at $ 150.00/hr | | 15.00 |
| Catherine M. Marks | 0.6000 hours at $ 210.00/hr | | 126.00 |
| Timothy J. McEvoy | 0.1000 hours at $ 220.00/hr | | 22.00 |
| Total hours: | 0.8000 | | |


| Expenses | | Units | Price | Amount | |
|---|---|---|---|---|---|
| 2/28/2017 | Westlaw charge ($32.98). | 1.0000 | 0.0000 | 0.00 | No Charge |
| | | | Sub-total Expenses: | 0.00 | |


| Payments | | | | |
|---|---|---|---|---|
| 3/21/2017 | Payment | Deposit - AmEx | 160.00 | |
| | | Sub-total Payments: | 160.00 | |


| | |
|---|---|
| Total Current Billing: | 163.00 |
| Previous Balance Due: | 160.00 |
| Total Payments: | 160.00 |
| **Total Now Due:** | **163.00** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898

Statement as of May 31, 2017
Statement No. 10816

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA    20191

1718.009:  Armstrong, Anwar and Ann Holiday

**Professional Fees**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/10/2017 | KLB | Email to clients re: notice of Motion to Dismiss hearing. | 0.1000 | 150.00 | 15.00 |
| 5/19/2017 | KLB | Prepare hearing and case law binder for Motion to Dismiss Hearing. | 1.5000 | 150.00 | 225.00 |
| 5/23/2017 | KLB | Complete hearing and case law binder re: Motion to Dismiss. | 0.4000 | 150.00 | 60.00 |
| 5/30/2017 | SPR | Review order and relevant case law. | 1.0000 | 220.00 | 220.00 |
| | | | | Sub-total Fees: | 520.00 |

**Rate Summary**

| | | | |
|---|---|---|---|
| Karrie L. Barbaro | 2.0000 hours at $  150.00/hr | | 300.00 |
| Sean Patrick Roche | 1.0000 hours at $  220.00/hr | | 220.00 |
| Total hours: | 3.0000 | | |

**Expenses**

| Date | Description | Units | Price | Amount |
|---|---|---|---|---|
| 5/31/2017 | Westlaw charge. | 1.0000 | 32.6600 | 32.66 |
| | | | Sub-total Expenses: | 32.66 |

**Payments**

| Date | | | | Amount |
|---|---|---|---|---|
| 4/20/2017 | Payment | Deposit - AmEx | | 163.00 |
| | | | Sub-total Payments: | 163.00 |

| | |
|---|---|
| Total Current Billing: | 552.66 |
| Previous Balance Due: | 163.00 |
| Total Payments: | 163.00 |
| **Total Now Due:** | **552.66** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898


Statement as of June 30, 2017
Statement No. 10944


Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday


| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/7/2017 | KLB | Revise and finalize Navient's response to the Court's May 30, 2017 Order. | 0.2000 | 150.00 | 30.00 |
| 6/7/2017 | TJM | Review approximately six cases including a newly-decided decision from the District of Columbia federal Court of Appeals on May 30, 2017. | 2.1000 | 220.00 | 462.00 |
| 6/7/2017 | TJM | Draw on research and draft 3 1/2 page letter brief responding to May 30, 2017 minute order. | 1.0000 | 220.00 | 220.00 |
| 6/7/2017 | SPR | Draft and finalize supplemental brief. | 1.4000 | 220.00 | 308.00 |
| 6/9/2017 | KLB | Update hearing and case law binder re: Motion to Dismiss. | 0.4000 | 150.00 | 60.00 |
| 6/9/2017 | TJM | Address issues around whether or not to file supplemental brief in response to misrepresentations by Armstrong. | 0.3000 | 220.00 | 66.00 |
| 6/12/2017 | KLB | Review and revise Reply to Plaintiff's Response to May 30, 2017 Minute Order and prepare proposed Order. | 0.5000 | 150.00 | 75.00 |
| 6/12/2017 | ESW | Analyze parties' submissions on motion to dismiss in preparation to draft sur reply. | 1.2000 | 220.00 | 264.00 |
| 6/12/2017 | ESW | Prepare motion for leave to file sur reply (.4) and sur reply to statement in further support of motion to dismiss (2.9). | 3.3000 | 220.00 | 726.00 |
| 6/13/2017 | TJM | Revise and circulate sur reply/supplemental response. | 0.2000 | 220.00 | 44.00 |
| 6/13/2017 | SPR | Review and revise supplemental briefing for filing. | 1.0000 | 220.00 | 220.00 |
| 6/14/2017 | KLB | Revise and finalize Motion for Leave to File Reply to Plaintiffs' Response to May 30, 2017 Order. | 0.4000 | 150.00 | 60.00 |
| 6/14/2017 | KLB | Email to client. | 0.1000 | 150.00 | 15.00 |

**Cameron McEvoy, PLLC**                                                                                     Page:  2

| 6/14/2017 | SPR | Update and revise supplemental brief; and work with Karrie to get everything filed. | 0.8000 | 220.00 | 176.00 |
|-----------|-----|-------------------------------------------------------------------------------------|--------|--------|--------|
| 6/15/2017 | SPR | Review all briefing (1.1); prepare argument outline for hearing (.9). | 2.0000 | 220.00 | 440.00 |
| 6/16/2017 | TJM | Communicate with Roach req inquiry from Judge. | 0.2000 | 220.00 | 44.00 |
| 6/16/2017 | TJM | Review mediation Order and letter from mediator; draft letter back to mediator re request for extension in light of our need to get discovery. | 0.2000 | 220.00 | 44.00 |
| 6/16/2017 | SPR | Prepare for motion to dismiss hearing (.6); attend oral argument on motion to dismiss (2.2). | 2.8000 | 220.00 | 616.00 |

|  |  |  | Sub-total Fees: | 3,870.00 |
|--|--|--|-----------------|----------|

### Rate Summary

| | | | |
|--------------------|-------------------|------------|----------|
| Karrie L. Barbaro | 1.6000 hours at $ | 150.00/hr | 240.00 |
| Timothy J. McEvoy | 4.0000 hours at $ | 220.00/hr | 880.00 |
| Sean Patrick Roche | 8.0000 hours at $ | 220.00/hr | 1,760.00 |
| Eric S. Waldman | 4.5000 hours at $ | 220.00/hr | 990.00 |
| | Total hours: | 18.1000 | |

**Expenses**

| | | Units | Price | Amount |
|-----------|--------------------------|--------|---------|--------|
| 6/16/2017 | Parking charge (SPR). | 1.0000 | 20.0000 | 20.00 |
| 6/30/2017 | Westlaw charge. | 1.0000 | 13.6800 | 13.68 |
| | Sub-total Expenses: | | | 33.68 |

| | |
|---------------------------|----------|
| Total Current Billing: | 3,903.68 |
| Previous Balance Due: | 552.66 |
| Total Payments: | 0.00 |
| **Total Now Due:** | **4,456.34** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898


Statement as of July 31, 2017
Statement No. 11060


Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday


| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/3/2017 | SPR | Review Navient documents for current status of loans and compare against Plaintiffs claims. | 1.0000 | 220.00 | 220.00 |
| 7/18/2017 | SMR | Draft Confidential Mediation Statement. | 1.0000 | 125.00 | 125.00 |
| | | | | Sub-total Fees: | 345.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Sally M. Ribera | 1.0000hours at $ | 125.00/hr | 125.00 |
| Sean Patrick Roche | 1.0000hours at $ | 220.00/hr | 220.00 |
| Total hours: | 2.0000 | | |

## Payments

| | | | |
|---|---|---|---|
| 8/15/2017 | Write-off | Write-off per client adjustment | 32.66 |
| 8/15/2017 | Payment | Deposit - AmEx | 520.00 |
| | | Sub-total Payments: | 552.66 |


| | |
|---|---|
| Total Current Billing: | 345.00 |
| Previous Balance Due: | 4,456.34 |
| Total Payments: | 552.66 |
| **Total Now Due:** | **4,248.68** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898

Statement as of August 31, 2017
Statement No. 11199

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/3/2017 | SPR | Draft and revise mediation statement. | 2.0000 | 220.00 | 440.00 |
| 8/4/2017 | SPR | Update, revise, and finalize mediation statement (1.7); and confer with Tim (.1). | 1.8000 | 220.00 | 396.00 |
| 8/9/2017 | SPR | Prepare for mediation and attend mediation. | 3.5000 | 220.00 | 770.00 |
| 8/24/2017 | SPR | Negotiate with opposing counsel re: fraud investigation and entry of stay (.8); confer with clients (.1); and update status report to the court (.1). | 1.0000 | 220.00 | 220.00 |
| 8/25/2017 | SPR | Draft and finalize joint status report re: mediation. | 0.8000 | 220.00 | 176.00 |
| | | | | Sub-total Fees: | 2,002.00 |

## Rate Summary

| | | | | |
|---|---|---|---|---|
| Sean Patrick Roche | 9.1000 hours at $ | 220.00/hr | | 2,002.00 |
| Total hours: | 9.1000 | | | |

| **Expenses** | | | Units | Price | Amount |
|---|---|---|---|---|---|
| 8/9/2017 | | Parking charge (SPR). | 1.0000 | 20.0000 | 20.00 |
| | | | | Sub-total Expenses: | 20.00 |

| | |
|---|---|
| Total Current Billing: | 2,022.00 |
| Previous Balance Due: | 4,248.68 |
| Total Payments: | 0.00 |
| **Total Now Due:** | **6,270.68** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898

Statement as of October 31, 2017
Statement No. 11434

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA    20191

1718.009:  Armstrong, Anwar and Ann Holiday

| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/2017 | SPR | Negotiate with opposing counsel re: pending stay of litigation; confer re: fraud packet; and revise and file joint status report. | 1.3000 | 220.00 | 286.00 |
| 10/28/2017 | SPR | Update Navient re: case status. | 0.5000 | 220.00 | 110.00 |
| | | | Sub-total Fees: | | 396.00 |

## Rate Summary

| | | | |
|---|---|---|---|
| Sean Patrick Roche | 1.8000 hours at $ | 220.00/hr | 396.00 |
| Total hours: | 1.8000 | | |

| Payments | | | | |
|---|---|---|---|---|
| 9/29/2017 | Payment | Deposit - AmEx | | 3,890.00 |
| 9/29/2017 | Write-off | Write-off per Client Adjustment | | 13.68 |
| 9/29/2017 | Payment | Deposit - AmEx | | 345.00 |
| 10/20/2017 | Payment | Deposit - AmEx | | 2,022.00 |
| | | Sub-total Payments: | | 6,270.68 |

| | |
|---|---|
| Total Current Billing: | 396.00 |
| Previous Balance Due: | 6,270.68 |
| Total Payments: | 6,270.68 |
| **Total Now Due:** | **396.00** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898

Statement as of November 30, 2017
Statement No. 11543

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/8/2017 | SMR | Draft joint motion and proposed consent order. | 0.5000 | 125.00 | 62.50 |
| 11/8/2017 | SPR | Negotiate with opposing counsel re: scheduling of status hearing; confer with court clerk. | 1.5000 | 220.00 | 330.00 |
| 11/9/2017 | SPR | Coordinate schedules with opposing counsel and the court clerk; and draft and file motion to reschedule status hearing. | 2.0000 | 220.00 | 440.00 |
| 11/14/2017 | SPR | Review case file; and update Navient re: status. | 0.8000 | 220.00 | 176.00 |
| 11/15/2017 | CGH | Prepare Declaration of Timothy J. McEvoy to appear Pro Hac Vice. | 0.5000 | 125.00 | 62.50 |
| 11/20/2017 | CGH | Finalize ECF Attorney Participant Registration Form and email to the Clerk of Court. | 0.3000 | 125.00 | 37.50 |
| 11/21/2017 | SPR | Prepare for status hearing; review motion to dismiss arguments; and attend status hearing. | 3.5000 | 220.00 | 770.00 |
| 11/22/2017 | SPR | Confer with Sally re: court filing; and update Navient re: status hearing and eventual ruling on the Motion to Dismiss. | 0.5000 | 220.00 | 110.00 |
| | | | Sub-total Fees: | | 1,988.50 |

### Rate Summary

| | | | |
|---|---|---|---|
| Carolyn G. Herrera | 0.8000 hours at $ | 125.00/hr | 100.00 |
| Sally M. Ribera | 0.5000 hours at $ | 125.00/hr | 62.50 |
| Sean Patrick Roche | 8.3000 hours at $ | 220.00/hr | 1,826.00 |
| Total hours: | 9.6000 | | |

**Cameron McEvoy, PLLC**                                                    Page:  2

|                          |          |
|--------------------------|----------|
| Total Current Billing:   | 1,988.50 |
| Previous Balance Due:    | 396.00   |
| Total Payments:          | 0.00     |
| **Total Now Due:**       | **2,384.50** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898
27-0198208

Statement as of March 31, 2018
Statement No. 12102

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/4/2018 | SPR | Review order and confer with clients. | 1.0000 | 220.00 | 220.00 |
| 3/21/2018 | ESW | Analyze pleadings; perform research regarding standing and stating a claim under the CPPA; prepare supplemental memorandum in support of motion to dismiss. | 1.3000 | 220.00 | 286.00 |
| 3/24/2018 | ESW | Continue drafting supplemental statement of points and authorities in support of motion to dismiss; perform research on standing and emotional distress injuries under the CPPA. | 2.7000 | 220.00 | 594.00 |
| 3/26/2018 | ESW | Finish supplemental memorandum in support of motion to dismiss. | 0.5000 | 220.00 | 110.00 |
| 3/27/2018 | SPR | Reviewing ruling and begin to prepare supplemental memo. | 1.0000 | 220.00 | 220.00 |
| 3/29/2018 | SPR | Review and revise supplemental brief. | 1.0000 | 220.00 | 220.00 |
| 3/30/2018 | SPR | Finalize and file supplemental memo. | 1.0000 | 220.00 | 220.00 |
| | | | | Sub-total Fees: | 1,870.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Sean Patrick Roche | 4.0000 hours at $ 220.00/hr | | 880.00 |
| Eric S. Waldman | 4.5000 hours at $ 220.00/hr | | 990.00 |
| | Total hours: | 8.5000 | |

### Payments

| | | | |
|---|---|---|---|
| 12/26/2017 | Payment | Deposit - AmEx | 374.00 |
| 12/26/2017 | Write-off | Write-off per Client Adjustment | 22.00 |
| 2/1/2018 | Write-off | Write-off per Client Adjustment | 48.00 |
| 2/1/2018 | Payment | Deposit - AmEx | 1,940.50 |

**Cameron McEvoy, PLLC**                                                      Page:  2

Sub-total Payments:      2,384.50

Total Current Billing:    1,870.00
Previous Balance Due:    2,384.50
Total Payments:    2,384.50

**Total Now Due:    1,870.00**

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703) 273-8898
27-0198208

Statement as of April 30, 2018
Statement No. 12263

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA    20191

1718.009:  Armstrong, Anwar and Ann Holiday

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/6/2018 | SPR | Review brief from Plaintiffs; and review case law cited. | 1.0000 | 220.00 | 220.00 |
| 4/17/2018 | SPR | Review motion to dismiss filings; review court order; prepare outline for status hearing re: standing; attend status hearing; and confer with clients. | 3.8000 | 220.00 | 836.00 |
| 4/18/2018 | SPR | Review case file documents in response to judge's order; listen to phone recordings for admissions; and confer with clients. | 2.5000 | 220.00 | 550.00 |
| 4/23/2018 | SPR | Confer with clients; and review documents for production. | 0.8000 | 220.00 | 176.00 |
| 4/24/2018 | SPR | Review documents; and prepare document production. | 2.0000 | 220.00 | 440.00 |
| | | Sub-total Fees: | | | 2,222.00 |

### Rate Summary

| | | | | |
|---|---|---|---|---|
| Sean Patrick Roche | 10.1000 hours at $ 220.00/hr | | | 2,222.00 |
| | Total hours: | 10.1000 | | |

| **Expenses** | | Units | Price | Amount |
|---|---|---|---|---|
| 4/17/2018 | Parking charge (SPR). | 1.0000 | 4.6000 | 4.60 |
| | Sub-total Expenses: | | | 4.60 |

| | |
|---|---|
| Total Current Billing: | 2,226.60 |
| Previous Balance Due: | 1,870.00 |
| Total Payments: | 0.00 |
| **Total Now Due:** | **4,096.60** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898
27-0198208

Statement as of May 31, 2018
Statement No. 12445

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday

**Professional Fees**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/17/2018 | SPR | Review email from opposing counsel; confer with clients; and confer with opposing counsel. | 0.3000 | 220.00 | 66.00 |
| 5/25/2018 | SPR | Review and outline First Amended Complaint. | 1.0000 | 220.00 | 220.00 |
| 5/25/2018 | ESW | Analyze amended complaint. | 0.5000 | 220.00 | 110.00 |
| 5/30/2018 | SPR | Review filings; and begin to draft motion to dismiss and Rule 11 motion. | 1.0000 | 220.00 | 220.00 |
| 5/30/2018 | ESW | Draft memorandum of law in support of Motion to Dismiss. | 2.8000 | 220.00 | 616.00 |
| 5/30/2018 | ESW | Research claims for declaratory judgment and injunctive relief. | 1.7000 | 220.00 | 374.00 |
| 5/31/2018 | ESW | Perform research regarding injunction requests related to furnishers of information. | 1.2000 | 220.00 | 264.00 |
| 5/31/2018 | ESW | Continue drafting memorandum of law in support of Motion to Dismiss. | 1.8000 | 220.00 | 396.00 |

Sub-total Fees:     2,266.00

### Rate Summary

| | | | |
|---|---|---|---|
| Sean Patrick Roche | 2.3000 hours at $ 220.00/hr | | 506.00 |
| Eric S. Waldman | 8.0000 hours at $ 220.00/hr | | 1,760.00 |
| | Total hours: | 10.3000 | |

**Payments**

| | | | |
|---|---|---|---|
| 6/20/2018 | Payment | Deposit - AmEx | 1,870.00 |

Sub-total Payments:     1,870.00

**Cameron McEvoy, PLLC**                                                          Page:  2

|                          |           |
|--------------------------|-----------|
| Total Current Billing:   | 2,266.00  |
| Previous Balance Due:    | 4,096.60  |
| Total Payments:          | 1,870.00  |
| **Total Now Due:**       | **4,492.60** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703) 273-8898
27-0198208

Statement as of June 30, 2018
Statement No. 12638

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA    20191

1718.009:  Armstrong, Anwar and Ann Holiday

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/5/2018 | SPR | Update and revise motion to dismiss. | 1.0000 | 220.00 | 220.00 |
| 6/5/2018 | ESW | Finalize Memorandum in Support of Motion to Dismiss. | 1.7000 | 220.00 | 374.00 |
| 6/6/2018 | SMR | Draft table of contents and table of authorities. | 2.0000 | 125.00 | 250.00 |
| 6/7/2018 | SPR | Review and revise motion to dismiss. | 1.0000 | 220.00 | 220.00 |
| 6/7/2018 | ESW | Draft Motion for Attorney's Fees and Costs. | 2.2000 | 220.00 | 484.00 |
| 6/7/2018 | ESW | Finalize Memorandum of Law in Support of Motion to Dismiss. | 0.6000 | 220.00 | 132.00 |
| 6/7/2018 | ESW | Draft Rule 11 Safe Harbor letter. | 0.5000 | 220.00 | 110.00 |
| 6/8/2018 | ESW | Continue drafting Motion for Attorneys' Fees and Costs. | 0.6000 | 220.00 | 132.00 |
| 6/11/2018 | ESW | Finalize Rule 11 Safe Harbor Letter. | 0.3000 | 220.00 | 66.00 |
| 6/11/2018 | ESW | Finalize Motion for Attorneys' Fees and Costs. | 1.3000 | 220.00 | 286.00 |
| 6/18/2018 | SPR | Review and revise Rule 11 letter and motion. | 1.0000 | 220.00 | 220.00 |
| 6/19/2018 | SPR | Review and finalize Rule 11 documents. | 0.8000 | 220.00 | 176.00 |
| 6/19/2018 | ESW | Finalize Rule 11 Safe Harbor letter. | 0.2000 | 220.00 | 44.00 |
| 6/19/2018 | ESW | Finalize Motion for Attorney's Fees and Costs. | 0.2000 | 220.00 | 44.00 |
| 6/21/2018 | SMR | Draft table of contents and table of authorities. | 2.5000 | 125.00 | 312.50 |
| 6/21/2018 | ESW | Finalize Motion for Attorney's Fees and confer with SPR regarding the same. | 0.2000 | 220.00 | 44.00 |
| 6/22/2018 | SPR | Finalize Rule 11 motion filings. | 1.0000 | 220.00 | 220.00 |
| 6/26/2018 | SMR | Prepare case binder. | 3.0000 | 125.00 | 375.00 |
| 6/29/2018 | ESW | Initial review of Plaintiff's Opposition to Motion to Dismiss. | 0.5000 | 220.00 | 110.00 |

**Cameron McEvoy, PLLC**                                                                                 Page:  2

Sub-total Fees:          3,819.50

### Rate  Summary

| | | | |
|---|---|---|---:|
| Sally M. Ribera | 7.5000 hours at $ | 125.00/hr | 937.50 |
| Sean Patrick Roche | 4.8000 hours at $ | 220.00/hr | 1,056.00 |
| Eric S. Waldman | 8.3000 hours at $ | 220.00/hr | 1,826.00 |
| Total hours: | 20.6000 | | |

**Expenses**

| | | Units | Price | Amount |
|---|---|---|---|---:|
| 6/22/2018 | FedEx charge. | 1.0000 | 18.0500 | 18.05 |
| | | | Sub-total  Expenses: | 18.05 |

**Payments**

| | | | |
|---|---|---|---:|
| 7/2/2018 | Payment | Deposit - AmEx | 2,226.60 |
| | | Sub-total  Payments: | 2,226.60 |

| | |
|---|---:|
| Total Current Billing: | 3,837.55 |
| Previous Balance Due: | 4,492.60 |
| Total Payments: | 2,226.60 |
| **Total Now Due:** | **6,103.55** |

# Cameron McEvoy, PLLC

4100 Monument Corner Drive, Suite 420
Fairfax, VA   22030

(703)273-8898
27-0198208

Statement as of July 31, 2018
Statement No. 12803

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA     20191

1718.009:  Armstrong, Anwar and Ann Holiday

**Professional Fees**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/2/2018 | ESW | Prepare introduction to Reply in Support of Motion to Dismiss. | 0.8000 | 220.00 | 176.00 |
| 7/2/2018 | ESW | Prepare DCCPPA section of Reply in Support of Motion to Dismiss. | 2.2000 | 220.00 | 484.00 |
| 7/2/2018 | ESW | Prepare breach of contract claim section of Reply in Support of Motion to Dismiss. | 1.1000 | 220.00 | 242.00 |
| 7/2/2018 | ESW | Prepare negligence claim section of Reply in Support of Motion to Dismiss. | 0.8000 | 220.00 | 176.00 |
| 7/3/2018 | ESW | Finalize Reply Memorandum in Support of Motion to Dismiss. | 2.5000 | 220.00 | 550.00 |
| 7/3/2018 | EGW | Proof and edit Reply in Support of Motion to Dismiss; create and insert Table of Authorities and Table of Contents; cite check. | 1.2000 | 125.00 | 150.00 |
| 7/5/2018 | SMR | Review and revise reply brief. | 1.5000 | 125.00 | 187.50 |
| 7/5/2018 | SPR | Finalize and file Reply Brief to Motion to Dismiss. | 1.0000 | 220.00 | 220.00 |
| 7/5/2018 | ESW | Finalize Reply Memorandum in Support of Motion to Dismiss. | 1.2000 | 220.00 | 264.00 |
| 7/19/2018 | ESW | Analyze pleadings and loan documents in preparation for Rule 11 meet and confer with Plaintiff's counsel. | 1.8000 | 220.00 | 396.00 |
| 7/19/2018 | ESW | Correspond with Plaintiff's counsel regarding Rule 11 meet and confer conference. | 0.1000 | 220.00 | 22.00 |
| 7/20/2018 | ESW | Correspond with Plaintiff's counsel regarding Rule 11 motion meet and confer. | 0.2000 | 220.00 | 44.00 |
| 7/20/2018 | ESW | Prepare for Rule 11 meet and confer. | 0.3000 | 220.00 | 66.00 |

Sub-total Fees:          2,977.50

**Cameron McEvoy, PLLC**                                                                                 Page: 2

### Rate Summary

| | | | |
|---|---|---|---|
| Sally M. Ribera | 1.5000 hours at $ | 125.00/hr | 187.50 |
| Sean Patrick Roche | 1.0000 hours at $ | 220.00/hr | 220.00 |
| Eric S. Waldman | 11.0000 hours at $ | 220.00/hr | 2,420.00 |
| Elizabeth G. Wilmore | 1.2000 hours at $ | 125.00/hr | 150.00 |

Total hours:     14.7000

| | |
|---|---|
| Total Current Billing: | 2,977.50 |
| Previous Balance Due: | 6,103.55 |
| Total Payments: | 0.00 |
| **Total Now Due:** | **9,081.05** |

# Pre-bill

Closing date: August 31, 2018

Navient Solutions, LLC
Patrick Chaing
Office of the General Counsel
2001 Edmund Halley Drive
Reston, VA    20191

Matter ID: 1718.009
Opened: 10/24/2016
Status: Open
YTD Billed Fees:        13,155.00
YTD Billed Disb:             22.65
YTD Receipts:           12,140.65

Originating TJM
Billing TJM
Responsible CMM

Armstrong, Anwar and Ann Holiday

**Fees**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/27/2018 | 150862 | SPR | Confer with client re: Rule 11 motion; and review/revise motion to prepare for filing. | 1.0000 | 220.00 | 220.00 |
| 8/27/2018 | 150785 | ESW | Confer with SPR regarding Rule 11 motion. | 0.1000 | 220.00 | 22.00 |
| 8/28/2018 | 150876 | ESW | Revise brief in support of motion for sanctions. | 1.0000 | 220.00 | 220.00 |
| 8/28/2018 | 150877 | ESW | Confer with SPR regarding revisions to motion for sanctions and strategy. | 0.2000 | 220.00 | 44.00 |
| | | | | | Sub-total Fees: | 506.00 |

**Rate Summary**

| | | | |
|---|---|---|---|
| Sean Patrick Roche | 1.0000 hours at $ 220.00 /hr | | 220.00 |
| Eric S. Waldman | 1.3000 hours at $ 220.00 /hr | | 286.00 |
| | Total hours: | 2.3000 | 506.00 |

**Payments**

| | | | |
|---|---|---|---|
| 8/24/2018 | Payment | Deposit - AmEx | 2,266.00 |
| 8/31/2018 | Payment | Deposit - AmEx | 3,837.55 |
| | | | 6,103.55 |

# Pre-bill

1718.009 / Navient Solutions, LLC
Armstrong, Anwar and Ann Holiday

Page: 2

**Account Status**

|  | Fees | Disb | Total |
|---|---|---|---|
| Current AR Balance | 2,977.50 | 0.00 | 2,977.50 |
| +/- Unbilled Fees/Disb | 506.00 | 0.00 | 506.00 |
| Balance if billed in full | 3,483.50 | 0.00 | 3,483.50 |

| | |
|---|---|
| Total Current Billing: | 506.00 |
| Previous Balance Due: | 9,081.05 |
| Total Payments: | 6,103.55 |
| Total Now Due: | 3,483.50 |