IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANWAR J. ARMSTRONG, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NAVIENT SOLUTIONS, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:16-cv-2212-RDM<br><br>**ORAL HEARING REQUESTED** |

### AFFIDAVIT OF ATTORNEY'S FEES

COMMONWEALTH OF VIRGINIA,
COUNTY OF FAIRFAX, to wit:

THIS DAY personally appeared before me, the undersigned authority, Sean Patrick Roche, Esquire, known to me, who being first duly sworn upon his oath that he is counsel for Defendant Navient Solutions, LLC, formerly Navient Solutions, Inc. ("NSL") herein, and as such makes this Affidavit that:

1. The total amount of **attorney's fees** incurred by NSL in connection with the litigation of this matter through September 7, 2018 is **$36,679.50**.

2. The total amount of **costs** incurred by NSL in connection with the litigation of this matter through September 7, 2018 is **$760.83**.

3. More specifically, the above attorney's fees consist of 6.8 hours of Sean Patrick Roche's time at $295.00/hour, 52.4 hours of Sean Patrick Roche's time at $220.00/hour, 42.3 hours of Timothy J. McEvoy's time at $220.00/hour, 37.6 hours of Eric S. Waldman's time at $220.00/hour, 13.5 hours of Catherine M. Marks' time at $210.00/hour, 7.8 hours of Karrie Barbaro's time at $150.00/hour, 10.5 hours of Sally Ribera's time at $125.00/hour, 0.8 hour of Carolyn Herrera's time at $125/hour, 1.2 hours of Elizabeth Wilmore's time at $125/hour which

**EXHIBIT C**

includes initial conversations with the client, investigation of the claim, review of the supporting documentation, communications with the client contacts regarding the substance of the claim, drafting of the court filings, filing the court documents, communicating with client regarding the status and strategy, and attending hearings.

4.  The hourly rate charged by the firm of CAMERON/McEVOY, PLLC for Sean Patrick Roche's time is $220.00 to $295/hour, which is consistent with the prevailing rates charged by attorneys practicing in the Washington, D.C. legal community who possess 12 years of civil litigation experience.

5.  The hourly rate charged by the firm of CAMERON/McEVOY, PLLC for Timothy J. McEvoy's time is $220.00/hour, which is consistent with the prevailing rates charged by attorneys practicing in the Washington, D.C. legal community who possess over 25 years of civil litigation experience.

6.  The hourly rate charged by the firm of CAMERON/McEVOY, PLLC for Eric S. Waldman's time is $220.00/hour, which is consistent with the prevailing rates charged by attorneys practicing in the Washington, D.C. legal community who possess 10 years of civil litigation experience.

7.  The hourly rate charged by the firm of CAMERON/McEVOY, PLLC for Catherine M. Marks' time is $210.00/hour, which is consistent with the prevailing rates charged by attorneys practicing in the Washington, D.C. legal community who possess 1 year of civil litigation experience.

8.  The hourly rate charged by the firm of CAMERON/McEVOY, PLLC for Karrie Barbaro's time is $150.00/hour, which is consistent with the prevailing rates charged by

paralegals practicing in the Washington, D.C. legal community who possess over 20 years of civil litigation experience.

9. The hourly rate charged by the firm of CAMERON/McEVOY, PLLC for Sally Ribera's time is $125.00/hour, which is consistent with the prevailing rates charged by paralegals practicing in the Washington, D.C. legal community who possess over 2 years of civil litigation experience.

10. The hourly rate charged by the firm of CAMERON/McEVOY, PLLC for Carolyn Herrera's time is $125.00/hour, which is consistent with the prevailing rates charged by paralegals practicing in the Washington, D.C. legal community who possess over 10 years of civil litigation experience.

11. The hourly rate charged by the firm of CAMERON/McEVOY, PLLC for Elizabeth Wilmore's time is $125.00/hour, which is consistent with the prevailing rates charged by paralegals practicing in the Washington, D.C. legal community who possess over 2 years of civil litigation experience.

_____
Sean Patrick Roche

SUBSCRIBED AND SWORN before me this 7th day of September, 2018.

SALLY MORON RIBERA
NOTARY PUBLIC
REGISTRATION # 7739050
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JANUARY 31, 2021

_____
Notary Public

3