IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANWAR J. ARMSTRONG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-2212-RDM |
| ) | |
| NAVIENT SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

**UPON CONSIDERATION** of Defendant Navient Solutions LLC's Motion for Attorneys' Fees and Costs, and the record contained herein, it is hereby:

**ORDERED** that the Motion for Attorneys' Fees and Costs is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Navient Solution, LLC is awarded its attorneys' fees and costs in the amount of $37,440.33, such amount to be paid by Plaintiffs to Defendants' undersigned counsel within ten (10) days of the date of this Order.

ENTERED this _____ day of _____ 2018.

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE

**Copies via CM/ECF system to:**

Tyler Jay King, Esquire (D.C. Bar No. 979592)
FRANKLIN SQUARE LAW GROUP
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
(202) 595-9585
(202) 478-0964 (facsimile)
tyler@lawgroupfs.com
*Counsel for Plaintiffs*
*Anwar J. Armstrong and Ann Holiday*


Sean Patrick Roche, Esq. (D.C. Bar No. 498623)
CAMERON/MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
703-273-8898 (Office)
703-273-8897 (Facsimile)
sroche@cameronmcevoy.com
*Counsel for Defendant Navient Solutions, LLC*