IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANWAR J. ARMSTRONG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-2212-RDM |
| ) | |
| NAVIENT SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Anwar J. Armstrong and Ann Holiday ("Plaintiffs") and Defendant Navient Solutions, LLC, formerly Navient Solutions, Inc. ("NSL" or "Defendant"), collectively by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Joint Stipulation of Voluntary Dismissal representing that, by joint agreement of all parties to this action as evidenced by the signatures of counsel below, these proceedings may be dismissed, without prejudice, as to all of the claims and defenses which were, or could have been, asserted by the parties, including the withdrawal without prejudice of the Motion for Attorney's Fees and Costs [ECF No. 32] filed by NSL.

Each party shall be responsible for its own respective fees and costs. A proposed order is attached for the Court's review and entry to the extent deemed necessary by the Court.

Dated: July _____, 2019          Respectfully Submitted,

                                 ANWAR J. ARMSTRONG
                                 ANN HOLIDAY
                                 NAVIENT SOLUTIONS, LLC
                                 By Counsel

/s/ Tyler Jay King_____
Tyler Jay King, Esquire (D.C. Bar No. 979592)
FRANKLIN SQUARE LAW GROUP
1225 Eye Street, NW, Suite C-110
Washington, DC 20005
202-595-1366
202-478-0964
tyler@lawgroupfs.com
*Counsel for Plaintiffs Anwar J. Armstrong and Ann Holiday*

/s/ Sean Patrick Roche_____
Sean Patrick Roche, Esq. (D.C. Bar No. 498623)
Timothy J. McEvoy, Esq. (admitted *pro hac vice*)
CAMERON/MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
(703) 273-8898 (telephone)
(703) 273-8897 (facsimile)
sroche@cameronmcevoy.com
tmcevoy@cameronmcevoy.com
*Counsel for Defendant Navient Solutions, LLC*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this \_\_\_\_ day of July 2019, I filed the foregoing using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing system to all counsel of record:

Sean Patrick Roche, Esq. (D.C. Bar No. 498623)
Timothy J. McEvoy, Esq. (admitted *pro hac vice*)
CAMERON/MCEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
(703) 273-8898 (telephone)
(703) 273-8897 (facsimile)
sroche@cameronmcevoy.com
tmcevoy@cameronmcevoy.com
*Counsel for Defendant Navient Solutions, LLC*

                        /s/ Tyler Jay King_____
                        Tyler Jay King, Esquire (D.C. Bar No. 979592)
                        *Counsel for Plaintiffs*